MARIE E. BROWN, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 41971.) — Judgment

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.